# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **In Re** ) | **JUDGE RICHARD L. SPEER** |
| ) | |
| Rebecca Sue Austin ) | **Case No.** 10-34167 - Ch.7 |
| ) | |
| **Debtor(s)** ) | |

## SHOW CAUSE FOR DISMISSAL

This cause comes before the Court upon the Court's own Motion.

On June 16, 2010, the above named Debtor filed a Petition under Chapter 7 of the United States Bankruptcy Code. Along with the Petition, the Debtor filed an Application to Pay Filing Fee in Installments. The Application and the record reflect that only $29.00 was paid with the Petition as the initial installment.

This Court has a *standing policy* requiring that not less than $65.00 be paid as the initial amount with an Application to Pay Filing Fee in Installments. Therefore, the initial installment payment is deficient by $36.00 and must be paid before this Court will rule on the Application to Pay Filing Fee in Installments.

Accordingly, it is

**ORDERED THAT THE DEBTOR SHOW CAUSE** as to why the Debtor's Application to Pay Filing Fee in Installments should not be **denied** for failure to follow the procedural rules and requirements of this Court.

It is **FURTHER ORDERED THAT THE $36.00 FILING FEE MUST BE PAID NO LATER THAN, FRIDAY, JUNE 25, 2010 BY 4:00 P.M., OR THE APPLICATION TO PAY FILING FEE IN INSTALLMENTS SHALL BE DENIED AND THE ENTIRE BALANCE OWED IN THE AMOUNT OF $270.00 SHALL BE IMMEDIATELY DUE AND OWING FROM DEBTOR NO LATER THAN, JUNE 28, 2010 BY 4:00 P.M.**

Dated: 6/21/10

RICHARD L. SPEER
United States Bankruptcy Judge