# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re ) | JUDGE RICHARD L. SPEER |
| ) | |
| Rebecca Sue Austin ) | Case No. 10-34167 - Ch.7 |
| ) | |
| **Debtor(s)** ) | |

## SHOW CAUSE FOR DISMISSAL

This cause comes before the Court upon the Court's own Motion.

On June 16, 2010, the above named Debtor filed a Petition under Chapter 7 of the United States Bankruptcy Code. Along with the Petition, the Debtor filed an Application to Pay Filing Fee in Installments. The Application and the record reflect that only $29.00 was paid with the Petition as the initial installment.

This Court has a *standing policy* requiring that not less than $65.00 be paid as the initial amount with an Application to Pay Filing Fee in Installments. Therefore, the initial installment payment is deficient by $36.00 and must be paid before this Court will rule on the Application to Pay Filing Fee in Installments.

Accordingly, it is

**ORDERED THAT THE DEBTOR SHOW CAUSE** as to why the Debtor's Application to Pay Filing Fee in Installments should not be **denied** for failure to follow the procedural rules and requirements of this Court.

It is **FURTHER ORDERED THAT THE $36.00 FILING FEE MUST BE PAID NO LATER THAN, FRIDAY, JUNE 25, 2010 BY 4:00 P.M., OR THE APPLICATION TO PAY FILING FEE IN INSTALLMENTS SHALL BE DENIED AND THE ENTIRE BALANCE OWED IN THE AMOUNT OF $270.00 SHALL BE IMMEDIATELY DUE AND OWING FROM DEBTOR NO LATER THAN, JUNE 28, 2010 BY 4:00 P.M.**

Dated: 6/21/10

RICHARD L. SPEER
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0647-3          User: dsern              Page 1 of 1              Date Rcvd: Jun 21, 2010
Case: 10-34167                Form ID: pdf701          Total Noticed: 1
```

The following entities were noticed by first class mail on Jun 23, 2010.
db          +Rebecca Sue Austin,   1104 Albert St,   Lima, OH 45804-1614

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2010**                    **Signature:**    _Joseph Speetjens_