# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In Re** | ) | **HONORABLE RICHARD L. SPEER** |
| | ) | |
| Rebecca Sue Austin | ) | **Case No.** 10-34167 - Ch.7 |
| | ) | |
| **Debtor(s)** | ) | |

## O R D E R

Application to Pay Filing Fees in Installments, having been filed by the Debtor(s), it is

**ORDERED** that the Debtor(s) pay the balance of the filing fees as follows:

$ 78.00 on, or before, **July 23, 2010**

$78.00 on, or before, **August 2, 2010**

$ 78.00 on, or before, **September 1, 2010**

Dated: 7/7/10

_____
RICHARD L. SPEER
**United States Bankruptcy Judge**