# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re | ) | HONORABLE RICHARD L. SPEER |
| | ) | |
| Rebecca Sue Austin | ) | Case No. 10-34167 - Ch.7 |
| | ) | |
| Debtor(s) | ) | |

### ORDER TO SHOW CAUSE

This matter comes before this Court upon failure by the Debtor to file an ***Unsworn Declaration under Penalty of Perjury by the Debtors along with a Certificate of Service,*** with regard to the Amendment to Schedules B, C, F, I and J filed on August 2, 2010.

A review of the docket reflects that the Amendment was filed without the required Unsworn Declaration and a Certificate of Service ***(Amendment Cover Sheet)***. On August 2, 2010, the Clerk's Office entered a ***Notice Requiring Corrected Document*** on the docket notifying Debtor's Attorney of the need to cure the deficiency.

As of the date of this Order, the required documents have not been filed.

Accordingly, it is

**ORDERED** that the Debtor **SHOW CAUSE** as to why the **Amendment to Schedules B, C, F, I and J** filed on August 2, 2010 [Docket Entry #16] should not be **stricken from the record** for failure to file the Amendments as prescribed under Bankruptcy Rules 1008 and 1009; and 28 U.S.C. §1746, by filing the appropriate document or by filing a response to this show cause order.

It is **FURTHER ORDERED** that the appropriate document or response must be **RECEIVED BY AND FILED WITH** the Office of the Clerk, United States Bankruptcy Court, 411 U.S. Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio, 43624-1347, **NO LATER THAN, WEDNESDAY, AUGUST 25, 2010 BY 4:00 P.M., OR THE AMENDMENT SHALL BE STRICKEN FROM THE RECORD.**

Dated: AUG 11 2010

/S/ RICHARD L. SPEER
_____
JUDGE RICHARD L. SPEER