# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In Re** | ) | HONORABLE RICHARD L. SPEER |
| | ) | |
| Rebecca Sue Austin | ) | Case No. 10-34167 - Ch.7 |
| | ) | |
| **Debtor(s)** | ) | |

## ORDER TO SHOW CAUSE

This matter comes before this Court upon failure by the Debtor to file an *Unsworn Declaration under Penalty of Perjury by the Debtors along with a Certificate of Service,* with regard to the Amendment to Schedules B, C, F, I and J filed on August 2, 2010.

A review of the docket reflects that the Amendment was filed without the required Unsworn Declaration and a Certificate of Service *(Amendment Cover Sheet)*. On August 2, 2010, the Clerk's Office entered a *Notice Requiring Corrected Document* on the docket notifying Debtor's Attorney of the need to cure the deficiency.

As of the date of this Order, the required documents have not been filed.

Accordingly, it is

**ORDERED** that the Debtor **SHOW CAUSE** as to why the **Amendment to Schedules B, C, F, I and J** filed on August 2, 2010 [Docket Entry #16] should not be **stricken from the record** for failure to file the Amendments as prescribed under Bankruptcy Rules 1008 and 1009; and 28 U.S.C. §1746, by filing the appropriate document or by filing a response to this show cause order.

It is **FURTHER ORDERED** that the appropriate document or response must be **RECEIVED BY AND FILED WITH** the Office of the Clerk, United States Bankruptcy Court, 411 U.S. Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio, 43624-1347, **NO LATER THAN, WEDNESDAY, AUGUST 25, 2010 BY 4:00 P.M., OR THE AMENDMENT SHALL BE STRICKEN FROM THE RECORD.**

Dated: AUG 11 2010

/S/ RICHARD L. SPEER
_____
JUDGE RICHARD L. SPEER

# CERTIFICATE OF NOTICE

```
District/off: 0647-3          User: dhern              Page 1 of 1              Date Rcvd: Aug 11, 2010
Case: 10-34167                Form ID: pdf810         Total Noticed: 1
```

The following entities were noticed by first class mail on Aug 13, 2010.
db        +Rebecca Sue Austin,   1104 Albert St,   Lima, OH 45804-1614

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 13, 2010**                    Signature:    *Joseph Speetjens*