UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: Rebecca Sue Austin ) CASE NO: 10-34167-rls
)
)
) JUDGE: JUDGE RICHARD L SPEER
Debtors (s) )

Amendment to Petition, Schedules, Creditor Matrix and/or
Statement of Affairs Pursuant to Bankruptcy Rule 1009

The attachments hereto amend the following:

___ A    _X_ B    _X_ C    ___ D    ___ E    _X_ F

___ G    ___ H    _X_ I    _X_ J    ___ Matrix

Summary of Schedules _____ Other

Debtor(s) represent that the amendments attached contain full and true statements of facts set forth therein, as required by the provisions of Title 11 U.S.C. and Bankruptcy Rules relating to the debtor.

Debtor(s) __Rebecca Sue Austin__ and _____
certify under penalty of perjury that the foregoing is true and correct.

Executed on: 8/25/2010                    /s/Rebecca Sue Austin
                                          Signature of Debtor


                                          Signature of Debtor

### CERTIFICATE OF SERVICE

Pursuant to Bankruptcy Rule 1009, I certify that a copy of this amendment, together with a copy of the 341 Notice of Meeting of Creditors, was sent to each additional creditor, at the address listed on the amendment, this __25__ day of __August__, 201_0_. A copy was also served upon the United States Trustee and __William L Swope__, Trustee.

                                          /s/ Pam Theodotou
                                          Signature of Attorney

**Original and one copy must be filed with the Clerk's Office.
**Amended pages of the petition, schedules or statement of affairs must be attached and signed by the debtor(s) on official forms.
**Amendments adding creditors must be accompanied by the a matrix listing ONLY the creditors names and addresses which are being added.
**Any amendment to the D, E, F or G Schedules, or any changes to the matrix or list of creditors requires a $26.00 filing fee.